# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **OMEGA FARM SUPPLY, INC.** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 7:07-cv-101 (HL) |
| **TIFTON QUALITY PEANUTS, LLC,** | : | |
| **Defendant and Third Party Plaintiff,** | : | |
| v. | : | |
| **UNITED STATES OF AMERICA AND A&D SUMNER FARMS, INC.,** | : | |
| **Third-Party Defendants**. | : | |

# **ORDER**

Before the Court is Third-Party Defendant United States of America's Motion to Dismiss Third-Party Complaint (Doc. 2). Defendant/Third-Party Plaintiff Tifton Quality Peanuts, LLC has responded to Third-Party Defendant United States of America's Motion to Dismiss and has conceded that this Court should dismiss its Third-Party Complaint. As a result, Third-Party Defendant United States of America's Motion to Dismiss Third-Party Complaint is granted.

**SO ORDERED**, this the 14th day of November, 2007.

        *s/ Hugh Lawson*
        **HUGH LAWSON, JUDGE**

dhc